IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES D. WEBSTER, ) | Case No. C 15-1773 RMW (PR) | |
| Plaintiff, ) | ORDER OF DISMISSAL | |
| v. ) | | |
| UNKNOWN, ) | | |
| Defendant. ) | | |

On April 20, 2015, plaintiff, proceeding *pro se*, filed a letter which initiated the opening of this case. That same day, the Clerk provided plaintiff with a blank copy of the court's complaint by a prisoner form. (Docket No. 2.) In addition, the Clerk notified plaintiff that he had not paid the filing fee. (Docket No. 3.) Along with the Clerk's deficiency notice, plaintiff was provided with a blank *in forma pauperis* ("IFP") application and instructions for completing it. Plaintiff was cautioned that his failure to file a complaint on the proper form and a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action without further notice. More than twenty-eight days have passed and plaintiff has not responded to the Clerk's deficiency notices. Thus, the instant action is **DISMISSED** without prejudice.

Order of Dismissal
P:\PRO-SE\RMW\CR.15\Webster773disifp.wpd

1 | The Clerk shall enter judgment and close the file.

2 | IT IS SO ORDERED.

3 | DATED: ˆ‐F‐GF‐ˇ

*Ronald M. Whyte*

4 | RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. WEBSTER JR,  Plaintiff,  v.  UNKNOWN,  Defendant.                                          / | Case Number: CV15-01773 RMW  **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D Webster C-86800
C3-221-U
Pleasant Valley State Prison
PO Box 8500
Coalinga, CA 93210

Dated: June 12, 2015

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk