1

2

3      <mark>ÒÒÉ¿ŠÒÖÁ̈Â ÐÐGÐÐÍ E</mark>

4

5

6

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13  JAMES D. WEBSTER,                    )    Case No. C 15-1773 RMW (PR)
                                         )
14                 Plaintiff,            )    JUDGMENT
                                         )
15       v.                              )
                                         )
16  UNKNOWN,                             )
                                         )
17                 Defendant.            )
                                         )
18  ───────────────────────────────     )

19       The court has dismissed the instant action.  A judgment of dismissal without prejudice is

20  entered.  The Clerk shall enter judgment and close the file.

21       IT IS SO ORDERED.

22  DATED:  Î ÐÐGÐÐÍ

23                                           RONALD M. WHYTE
                                             United States District Judge

24

25

26

27

28

Judgment
P:\PRO-SE\RMW\CR.15\Webster773jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAMES D. WEBSTER JR,

           Plaintiff,

  v.

UNKNOWN,

           Defendant.

_____/

Case Number: CV15-01773 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James D Webster C-86800
C3-221-U
Pleasant Valley State Prison
PO Box 8500
Coalinga, CA 93210

Dated: June 12, 2015

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk